United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ELISA NATIVIDAD BENAVIDES QUINATOA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01009** |
| | § | |
| **UNITED STATES ATTORNEY, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

# ORDER

On June 17, 2026, Respondents informed the Court that Petitioner was scheduled to be removed on June 22, 2026. (Dkt. 11.) Respondents are ORDERED to submit an advisory **on or before July 9, 2026,** informing the Court whether Petitioner remains detained.

IT IS SO ORDERED.

SIGNED this July 6, 2026.

Diana Saldaña
United States District Judge